UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD ISAAC JOHNSON,

          Plaintiff,

v.

STATE OF WASHINGTON, et al.,

          Defendants.

CASE NO. C12-5839 BHS/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This action is **DISMISSED WITHOUT PREJUDICE** prior to service for failure to state a cognizable claim pursuant to 42 U.S.C. § 1983.

Dated this 3rd day January, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER